# IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF WEST VIRGINIA AT HUNTINGTON

**TIMOTHY R. JONES and JANIE COLE,**

    **Plaintiffs,**

v.                                                                   **Civil Action No. 3:19-CV-00618**

**THE BOARD OF EDUCATION OF PUTNAM COUNTY, WEST VIRGINIA, JOHN HUDSON, SHARLA GRIFFITH, CANDI HATFIELD, ALICIA COEY, a/k/a ALICIA POWELL and EDDIE STARCHER,**

    **Defendants.**

## DEFENDANTS PUTNAM COUNTY BOARD OF EDUCATION, JOHN HUDSON, SHARLA GRIFFITH, AND CANDI HATFIELD'S MOTION TO DISMISS

**NOW COME** Defendants Putnam County Board of Education ( "PCBOE"), Superintendent John Hudson, Director of Exceptional Education Sharla Griffith, and Winfield Elementary Principal Candi Hatfield, by and through counsel, David J. Mincer, Jeffrey M. Carder, and the law firm of Bailey & Wyant, PLLC, pursuant to Rule 12(b)(6) of the *Federal Rules of Civil Procedure* and the applicable law referenced herein, and herby move this Honorable Court for entry of an Order dismissing all claims asserted against these Defendants in the above captioned matter, with prejudice, due to Plaintiffs' failure to state a claim for which relief may be granted. The basis for Defendants' Motion is set forth more fully in the Memorandum in Support of Defendants Putnam County Board of Education, John Hudson, Sharla Griffith, and Candi Hatfield's Motion to Dismiss, which is filed contemporaneously with this Motion.

                                                                     **The Board of Education of Putnam County, West Virginia, John Hudson, Sharla Griffith, and Candi Hatfield,**

1

                                                **By Counsel,**

 /s/ **David J. Mincer**
**David J. Mincer (WV Bar #7486)**
**Jeffrey M. Carder (WV Bar #12725)**
BAILEY & WYANT, PLLC
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
dmincer@baileywyant.com

IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF WEST VIRGINIA AT HUNTINGTON

TIMOTHY R. JONES and JANIE COLE,

    Plaintiffs,

v.                                              Civil Action No. 3:19-CV-00618

THE BOARD OF EDUCATION OF
PUTNAM COUNTY, WEST VIRGINIA,
JOHN HUDSON, SHARLA GRIFFITH,
CANDI HATFIELD, ALICIA COEY,
a/k/a ALICIA POWELL and EDDIE
STARCHER,

    Defendants.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of foregoing "**DEFENDANTS PUTNAM COUNTY BOARD OF EDUCATION, JOHN HUDSON, SHARLA GRIFFITH, AND CANDI HATFIELD'S MOTION TO DISMISS**" was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, Friday, September 20, 2019:

Harvey D. Peyton
Peyton Law Firm, PLLC
P.O. Box 216
2801 First Avenue
Nitro, WV 25143
Email Address: hdpeyton@peytonlawfirm.com
*Attorney For: Janie Cole, Timothy R. Jones*

Timothy J. LaFon
Ciccarello Del Giudice & LaFon
1219 Virginia St E Ste 100
Charleston, WV 25301-2912
Email Address: tlafon@cdlwv.com
*Attorney For: Alicia Coey a/k/a Alica Powell, Eddie Starcher*

                                                           /s/ **David J. Mincer**