IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

**TIMOTHY R. JONES and**
**JANIE COLE**

      **Plaintiffs,**

v.                                 **CIVIL ACTION NO.:  3:19-cv-00618**
                                         **JUDGE: Robert C. Chambers**

**THE BOARD OF EDUCATION OF**
**PUTNAM COUNTY, WEST VIRGINIA,** *et al.*

      **Defendants.**

## NOTICE OF DEPOSITION OF
## SUPERINTENDENT JOHN HUDSON

      PLEASE TAKE NOTICE that the undersigned will take the deposition of JOHN HUDSON, Superintendent, Putnam County Board of Education, on **Monday, the 23rd day of November, 2020, beginning at 1:00 o'clock p.m.,** before a certified court reporter authorized by law to administer oaths, which said deposition will take place at the offices of Bailey & Wyant, PLLC, 500 Virginia Street, East, Suite 600, Charleston, West Virginia.  The deposition shall be taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the West Virginia Rules of Civil Procedure and Trial Court Rules.  You may appear to protect your interests should you so desire.

                                                       TIMOTHY R. JONES AND JANIE COLE
                                                              BY COUNSEL

/s/      Harvey D. Peyton
HARVEY D. PEYTON, ESQUIRE
West Virginia State Bar No. 2890
PEYTON LAW FIRM, PLLC
2801 First Avenue, P.O. Box 216
Nitro, WV 25143
Telephone:    (304) 755-5556
Telefax:       (304) 755-1255
*Counsel for the Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

**TIMOTHY R. JONES and
JANIE COLE**

      **Plaintiffs,**

v.                                        **CIVIL ACTION NO.: 3:19-cv-00618
JUDGE: Robert C. Chambers**

**THE BOARD OF EDUCATION OF
PUTNAM COUNTY, WEST VIRGINIA,** *et al.*

      **Defendants.**

## CERTIFICATE OF SERVICE

      I, Harvey D. Peyton, counsel for Plaintiffs, do hereby certify that I have this 8th day of November, 2020, served a copy of the foregoing "NOTICE OF DEPOSITION OF SUPERINTENDENT JOHN HUDSON" upon the following parties of record through the Court's Electronic Case Filing (ECF) system:

Timothy J. LaFon, Esq.
Ciccarello Del Giudice & LaFon
1219 Virginia Street, E., Suite 100
Charleston, WV 25301-2912
Email: tlafon@cdlwv.com
**Counsel for Alicia Coey a/k/a Alicia Powell, & Eddie Starcher**

David J. Mincer, Esq.
Jeffrey M. Carder, Esq.
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
P. O. Box 3710
Charleston, WV 25337-3710
Email: dmincer@baileywyant.com; jcarder@baileywyant.com
**Counsel for Board of Education of Putnam County, W. Va.,
John Hudson, Sharla Griffith, and Candi Hatfield**

                                                         /s/      Harvey D. Peyton
                                                            HARVEY D. PEYTON