IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

**TIMOTHY R. JONES and**
**JANIE COLE**

      **Plaintiffs,**

v.                                                  **CIVIL ACTION NO.:  3:19-cv-00618**
                                                         **JUDGE: Robert C. Chambers**

**THE BOARD OF EDUCATION OF**
**PUTNAM COUNTY, WEST VIRGINIA,** *et al.*

      **Defendants.**

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE that the above-styled action is scheduled for mediation on **Thursday, December 17, 2020, beginning at 9:00 o'clock a.m.** with Frank Litton as mediator.

The mediation will be conducted in person at the law offices of Bailey & Wyant, PLLC, 500 Virginia Street, East, Suite 600, Charleston, West Virginia.  The following parties and counsel will appear in person:

    Plaintiffs Timothy R. Jones and Janie Cole, and their counsel, Harvey D. Peyton, Esq.;

    Defendants John Hudson, Sharla Griffith, and Candi Hatfield, and their counsel, David J. Mincer, Esq.; and

    Defendants Alicia Coey and Eddie Starcher and their counsel, Timothy J. LaFon, Esq.

All appropriate precautions related to Covid-19 as set out by the West Virginia Supreme Court of Appeals for in person proceedings will be in place during the mediation, including but not limited to the wearing of masks/face coverings and social distancing.

Any information submitted for review to Mediator Frank Litton shall be submitted on or before December 14, 2020, and shall be submitted via email to: frank@littonlawoffice.com.

Unless otherwise agreed to during the mediation, any mediation fees and expenses shall be divided equally between Plaintiffs and Defendants.

TIMOTHY R. JONES AND JANIE COLE<br>BY COUNSEL

/s/      Harvey D. Peyton
HARVEY D. PEYTON, ESQUIRE
West Virginia State Bar No. 2890
PEYTON LAW FIRM, PLLC
2801 First Avenue, P.O. Box 216
Nitro, WV 25143
Telephone:     (304) 755-5556
Telefax:          (304) 755-1255
*Counsel for the Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

**TIMOTHY R. JONES and**
**JANIE COLE**

      **Plaintiffs,**

v.                                      CIVIL ACTION NO.: 3:19-cv-00618
                                             JUDGE: Robert C. Chambers

**THE BOARD OF EDUCATION OF**
**PUTNAM COUNTY, WEST VIRGINIA,** *et al.*

      **Defendants.**

## **CERTIFICATE OF SERVICE**

      I, Harvey D. Peyton, counsel for Plaintiffs, do hereby certify that I have this 25th day of November, 2020, served a copy of the foregoing "NOTICE OF MEDIATION " upon the following parties of record through the Court's Electronic Case Filing (ECF) system:

Timothy J. LaFon, Esq.
Ciccarello Del Giudice & LaFon
1219 Virginia Street, E., Suite 100
Charleston, WV 25301-2912
Email: tlafon@cdlwv.com
**Counsel for Alicia Coey a/k/a Alicia Powell, & Eddie Starcher**

David J. Mincer, Esq.
Jeffrey M. Carder, Esq.
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
P. O. Box 3710
Charleston, WV 25337-3710
Email: dmincer@baileywyant.com; jcarder@baileywyant.com
**Counsel for Board of Education of Putnam County, W. Va.,**
**John Hudson, Sharla Griffith, and Candi Hatfield**

                                                         /s/       Harvey D. Peyton
                                                             HARVEY D. PEYTON