IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**TIMOTHY R. JONES and JANIE COLE,**

    Plaintiffs,

v.                                                       Civil Action No. 3:19-CV-00618
                                                          Honorable Robert C. Chambers

**THE BOARD OF EDUCATION OF
PUTNAM COUNTY, WEST VIRGINIA,
JOHN HUDSON, SHARLA GRIFFITH,
CANDI HATFIELD, ALICIA COEY,
a/k/a ALICIA POWELL and EDDIE
STARCHER,**

    Defendants.

## STIPULATION OF VOLUNTARY DISMISSAL OF INDIVIDUAL DEFENDANTS

**NOW COME** Plaintiffs, by counsel, Harvey D. Peyton and the Peyton Law Firm, PLLC, and come Defendants Putnam County Board of Education, John Hudson, Sharla Griffith and Candi Hatfield, by counsel, David J. Mincer and the law firm of Bailey & Wyant, PLLC, and come Defendants Alicia Coey, a/k/a Alicia Powell and Eddie Starcher, by counsel, Timothy J. Lafon and the law firm of Ciccarello, Del Giudice & Lafon, and hereby stipulate and agree to the voluntary dismissal, pursuant to Rule 41(a)(1)(A) of the *Federal Rules of Civil Procedure*, of Plaintiffs' claims against John Hudson, Sharla Griffith, Candi Hatfield, Alicia Coey a/k/a Alicia Powell, and Eddie Starcher with prejudice and further request that their names be stricken from the style of future filings in this matter. The parties further note that there have been no cross-claims asserted by or against the individual Defendants hereby being dismissed.

**PREPARED AND AGREED TO BY:**

**/s/ David J. Mincer**
**David J. Mincer (WV Bar #7486)**
**Jeffrey M. Carder (WV Bar #12725)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia 25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
*Counsel for Board of Education of Putnam County West Virginia, Superintendent John Hudson, Candi Hatfield and Sharla Griffith*

**/s/ Harvey D. Peyton**
**Harvey D. Peyton (WV Bar #3890)**
**Peyton Law Firm, PLLC**
**2801 First Avenue**
**P.O. Box 216**
**Nitro, WV 25143**
**(304)-755-5556**
*Counsel for Plaintiffs*

*/s/ Timothy J. LaFon*
**Timothy J. LaFon, (WV Bar #10221)**
**Ciccarello Del Giudice & LaFon**
**1219 Virginia Street, E., Suite 100**
**Charleston, WV 25301-2912**
*Counsel for Alicia Coey a/k/a Alicia Powell, & Eddie Starcher*