IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

TIMOTHY R. JONES and JANIE COLE,
   Plaintiffs,

v.                                                        Civil Action No. 3:19-CV-00618
                                                         Honorable Robert C. Chambers

THE BOARD OF EDUCATION OF
PUTNAM COUNTY, WEST VIRGINIA,
   Defendant.

## FINAL DISMISSAL ORDER

On this day came Plaintiffs Timothy R. Jones and Janie Cole, by counsel, Harvey D. Peyton and the Peyton Law Firm, PLLC, and came Defendant Putnam County Board of Education, by counsel, David J. Mincer, Jeffrey M. Carder and the law firm of Bailey & Wyant, PLLC, and hereby announced to the Court that they have resolved any and all matters in controversy between them. Whereupon, these parties moved the Court to dismiss the Plaintiffs' claims against the Defendant with prejudice.

**WHEREFORE,** for the foregoing reasons, the Court does hereby **ORDER, ADJUDGE** and **DECREE** that all of Plaintiffs' claims against Defendant are hereby **DISMISSED WITH PREJUDICE** with each party to pay their own costs incurred in this proceeding.

The Circuit Clerk is hereby directed to forward copies of this Order after entry to all counsel of record.

Entered this 12 day April, 2021.

_____
Honorable Robert C. Chambers

AGREED TO BY:

/s/ David J. Mincer
David J. Mincer (WV Bar #7486)
Jeffrey M. Carder (WV Bar #12725)
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
*Counsel for Defendant The Board of Education of Putnam County, West Virginia*

/s/ Harvey D. Peyton
Harvey D. Peyton (WV Bar #3890)
Peyton Law Firm, PLLC
2801 First Avenue
P.O. Box 216
Nitro, WV 25143
(304)-755-5556
*Counsel for Plaintiffs*